AUSTIN B. KENNEY (State Bar Number 242277)
austin.kenney@stinson.com
MEGAN N. ALDWORTH (State Bar Number 351462)
megan.aldworth@stinson.com
STINSON LLP
19100 Von Karman Avenue
Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

Attorneys for Defendant
BANK OF AMERICA, N.A. (erroneously sued as
"Bank of America Corporation, a Delaware Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID ZIGAL, Trustee of The Paul H. Davis Revocable Trust,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; and Does 1 through 20,<br><br>Defendant. | Case No. 3:25-CV-01683-LB<br><br>Hon. Magistrate Laurel Beeler<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMOTE APPEARANCE OPTION FOR OCTOBER 2, 2025, MOTION TO DISMISS HEARING**<br><br>Hearing: October 2, 2025<br>Time:    9:30 am<br>Crtrm.:   B |

1   The Court having read and considered the joint stipulation of Plaintiff DAVID ZIGAL,
2   Trustee of The Paul H. Davis Revocable Trust, ("Plaintiff") and Defendant BANK OF AMERICA,
3   N.A. (erroneously sued as "BANK OF AMERICA CORPORATION, a Delaware Corporation")
4   ("BANA") for counsel for the parties to have the option to appear either remotely or in person for
5   the October 2, 2025 9:30 am hearing on BANA's Motion to Dismiss the Complaint filed on August
6   8, 2025 (Dkt. 23), and good cause appearing, hereby orders that counsel will have the option to
7   appear either remotely or in person for the October 2, 2025, hearing at 9:30 am, accessible via the
8   Zoom link located on the Court's webpage.

9   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  DATED: September 4, 2025

_____
JUDGE OF THE DISTRICT COURT